IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| KEITH TAYLOR,[1] | § |
| | § No. 663, 2014 |
| Petitioner Below, | § |
| Appellant, | § |
| | § Court Below—Family Court |
| v. | § of the State of Delaware, |
| | § in and for New Castle County, |
| SAMANTHA M. LINDELL, | § |
| | § File No. CN08-03639 |
| Respondent Below, | § Petition No. 14-12057 |
| Appellee. | § |

Submitted: December 16, 2014
Decided: December 23, 2014

**<u>ORDER</u>**

This 23rd day of December 2014, it appears to the Court that, on December 1, 2014, the Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal within thirty days after entry on the docket of the October 3, 2014 Family Court order dismissing his motion for reargument. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Randy J. Holland*
Justice